DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 




 NO. 12-03-00070-CR



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




BERT ELDON SHELTON,
§
 APPEAL FROM THE THIRD

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


THE STATE OF TEXAS,

APPELLEE
§
 ANDERSON COUNTY, TEXAS






 MEMORANDUM OPINION


PER CURIAM


 Appellant has filed a request to withdraw his notice of appeal. The motion is signed by
Appellant and his counsel. No decision having been delivered by this Court, the motion is granted,
and the appeal is dismissed in accordance with Texas Rule of Appellate Procedure 42.2.


Opinion delivered March 31, 2003.

Panel consisted of Worthen, C.J. and Griffith, J.







(DO NOT PUBLISH)